**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00354-REB
(Bankruptcy Case No. 09-34404 HRT (Chapter 7),
Adversary Proceeding No. 14-01215 HRT)

In re:

HEALTHTRIO, INC.,

 Debtor.

---

DAVID E. LEWIS, CHAPTER 7 TRUSTEE,

 Plaintiff,

v.

GLEN W. MERRICK,
G.W. MERRICK & ASSOCIATES, LLC,
ASMA GULL HASAN,

 Defendants.

---

**ORDER**

---

**Blackburn, J.**

 This matter is before the court *sua sponte*. In my order [#8] filed September 14, 2015, I ordered that the trial of this case shall proceed on the schedule stated in the **Trial Preparation Conference Order** in Civil Action No. 15-cv-00455-REB-MEH. Now, a **Second Trial Preparation Conference Order** has been entered in Civil Action No. 15-cv-00455-REB-MEH stating a revised schedule for trial and revising other deadlines as well. Trial of the above-captioned case should proceed on the new schedule now in effect in 15-cv-00455 REB-MEH.

**THEREFORE, IT IS ORDERED** that trial of this matter shall proceed on the schedule stated in the **Second Trial Preparation Conference Order** [#19] filed in Civil Action No. 15-cv-00455-REB-MEH on December 9, 2015.

Dated April 8, 2016, at Denver, Colorado.

BY THE COURT:

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge